MICHELE CAPOBIANCO, as Administrator etc., of NICHOLAS BIANCO, Deceased, Respondent, v. HENRY A. TRUSSELL, Sued Herein as HENRY TRUSSELL, Doing Business under the Firm Name and Style of TRUSSELL DRESS COMPANY, Appellant, Impleaded with AMERICAN NATIONAL BANK AND TRUST COMPANY and BANK OF YORKTOWN, Respondents, and GIOSEPPINA BIANCO, Defendant.— Judgment in so far as appealed from unanimously affirmed, with costs. The complaint is deemed to be amended to conform to the proof. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

CHARLES E. DANCEY, Respondent, v. BRIEGER PRESS, INC., Appellant, and Others, Defendants. (Appeal No. 1.)— Order reversed on the law, with ten dollars costs and disbursements, and motion to dismiss the complaint granted, with ten dollars costs, on the ground that it appears upon the face thereof that it does not state facts sufficient to constitute a cause or action, on authority of *Dancey* v. *Brieger Press, Inc.* (*post*, p. 861), decided herewith. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.